UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANSE SHIPPING CORPORATION,

                    Plaintiff,

-v-

REDE GUSA MINERACOES LTDA..,

                    Defendant.



No. 09 Civ. 7513 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

This action has been reassigned to my docket. Accordingly, the parties are hereby ORDERED to appear for a status conference before the undersigned on November 3, 2009 at 2:30 p.m. in the United States District Court, 500 Pearl Street, New York, New York, Courtroom 21C.

IT IS FURTHER ORDERED that, no later than October 30, 2009, the parties shall jointly submit a letter, not to exceed three (3) pages, providing, in separate paragraphs:

(1)    Whether any funds have been attached and, if so, what the status of those funds is;

(2)    Whether any action or arbitration to resolve the underlying dispute between the parties has been commenced;

(3)    If no funds have been attached, whether Plaintiff seeks another Order for Process of Maritime Attachment.

All letters submitted to the Court pursuant to this Order should be emailed directly to chambers at sullivannysdchambers@nysd.uscourts.gov, and not filed on the Court's ECF system.

Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

DATED:   New York, New York
         October 2, 2009

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE